IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK FRAGALE** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 20-1667 |
| **v.** | : | |
| | : | |
| **WELLS FARGO BANK, N.A.** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 19th day of August 2020, upon consideration of Defendant's *motion to dismiss*, [ECF 4], Plaintiff's response in opposition thereto, [ECF 5], Defendant's reply, [ECF 8], and the allegations in the complaint, [ECF 1-1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion is **GRANTED**. Accordingly, the sole claim asserted in Plaintiff's complaint against Defendant is **DISMISSED**. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*